IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| THONY BEAUBRUN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-002 |
| | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS; TIMOTHY C. WARD; | ) | |
| and WARDEN TOMMY BOWEN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** the March 4, 2022 *in forma pauperis* motion, (doc. no. 37), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 9th day of May, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE